USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 30, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FameFlyNet, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ziff Davis, LLC <br><br> Defendant. | CIVIL ACTION NO. <br> 1:16-cv-07648-KPF |

**MEMO ENDORSED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate and agree that all claims asserted herein are hereby dismissed with prejudice, with no rights to appeal and with each party bearing its own costs and fees.

Respectfully submitted,

Counsel for Plaintiff,                              Counsel for Defendant,

*/s/ Craig B. Sanders*                              */s/ Cynthia E. Neidl*
Craig B. Sanders                                    Cynthia E. Neidl
csanders@sanderslawpllc.com                         neidlc@gtlaw.com
SANDERS LAW, PLLC                                   GREENBERG TAURIG, LLP
100 Garden City Plaza, Suite 500                    54 State Street, 6th Floor
Garden City, New York 11530                         Albany, New York 12207
Tel: (516) 203-7600                                 Tel: (518) 689-1400
Fax: (516) 203-7601                                 Fax: (518) 689-1499

ALB 1982495v4

Dated:   December 30, 2016                          SO ORDERED.
         New York, New York

                                                    *[signature]*

                                                    HON. KATHERINE POLK FAILLA
                                                    UNITED STATES DISTRICT JUDGE